THE STATE OF OHIO, APPELLEE, *v.* EVANS, APPELLANT.

[Cite as *State v. Evans,* 123 Ohio St.3d 462, 2009-Ohio-6086.]

(No. 2008–1972—Submitted September 2, 2009—Decided November 24, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Hunter*, 123 Ohio St.3d 164, 2009-Ohio-4147, 915 N.E.2d 292.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant.

THE STATE OF OHIO, CROSS-APPELLEE, *v.* ALFORD, CROSS-APPELLANT.

[Cite as *State v. Alford*, 123 Ohio St.3d 463, 2009-Ohio-6084.]

(No. 2008–2498—Submitted September 2, 2009—Decided November 24, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Hunter*, 123 Ohio St.3d 164, 2009-Ohio-4147, 915 N.E.2d 292.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath, Assistant Prosecuting Attorney, for cross-appellee.